IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KENNETH HARRIS, | § | |
|     Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:14-CV-01087 |
| | § | |
| PEERLESS INDEMNITY | § | |
| INSURANCE COMPANY, | § | |
|     Defendant | § | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

TO UNITED STATES MAGISTRATE JUDGE ANDREW W. AUSTIN

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties, by and through their undersigned counsel, hereby stipulate to the dismissal of Plaintiff's claims, with prejudice, and all Parties will bear their own attorney's fees and costs.

    Respectfully submitted,

    **W. CULLEN MCMAHON, PLLC**
    13355 Noel Road, Suite 1370
    Dallas, Texas 75240
    Telephone: (214) 810-4878
    Facsimile: (214) 810-4879

    By: */s/ W. Cullen McMahon*
        W. Cullen McMahon
        State Bar No. 24079760
        Email: Cullen@mcmahonlawfirm.com

    **ATTORNEY FOR PLAINTIFF**

        **HANNA & PLAUT, L.L.P.**
        211 East Seventh Street, Suite 600
        Austin, Texas 78701
        Telephone: (512) 472-7700
        Facsimile: (512) 472-0205

By: */s/ David L. Plaut*
      David L. Plaut
      State Bar No. 16066030
      Email: dplaut@hannaplaut.com
      J. Todd Key
      State Bar No. 24027104
      Email: tkey@hannaplaut.com

**ATTORNEYS FOR DEFENDANT**