IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| KENNETH HARRIS § | |
| § | |
| V. § | A-14-CV-1087 AWA |
| § | |
| PEERLESS INDEMNITY INS. CO. § | |

## FINAL JUDGMENT

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice, filed on October 13, 2017.(Dkt. No. 54). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties have stipulated to the dismissal of all claims and causes of action Plaintiff has asserted in the above-styled cause of action, with prejudice to the refiling of those claims. Accordingly, the Court **HEREBY ENTERS FINAL JUDGMENT** in this case, **ORDERS** the parties to bear their own costs and fees, **DENIES** any pending motions as **MOOT** and orders the case **CLOSED**.

SIGNED this 17th day of October, 2017.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE